UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANLEY TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1520** |
| **NOBLE DRILLING CORPORATION, et al.** | **SECTION: "G"(2)** |

**ORDER**

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, on this __18th__ day of October, 2013.

                                                 **NANNETTE JOLIVETTE BROWN**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] *See* attachment.

## HENDERSON, REILLY & BOUDREAUX
A PROFESSIONAL LAW CORPORATION
300 LAFAYETTE STREET
HOUMA, LOUISIANA 70360

BARRY J. BOUDREAUX
barry@hrb-law.com

JOHN D. SCHOONENBERG
jds@hrb-law.com

OF COUNSEL
PHILIP E. HENDERSON
JOSEPH A. REILLY, JR.

HOUMA
(985) 868-2081

FACSIMILE
(985) 868-0080

TOLL FREE
(877) 868-2081

October 16, 2013

**Via Fax: 1-504-589-7507**
Honorable Nannette Jolivette Brown
United States District Court
Eastern District, Section G
Hale Boggs Federal Bldg
500 Poydras Street, Rm C205
New Orleans LA 70130

RE: Stanley Taylor v. Noble Corporation and Noble Drilling Corporation
USDC, ED, Civil Action No. 2:12-CV-1520(G)(2)
Our File No. 1269 - 2931216

Dear Judge Brown:

All parties mediated the above referenced case on October 10, 2013. The case was settled at mediation.

Sincerely,

Barry J. Boudreaux

BJB/st
cc: Mr. Timothy Hassinger, via fax: 1-985-674-6681
Mr. Daniel Rayburn, via fax: 1-337-237-0344
Magistrate Judge Joseph C. Wilkinson, Jr.

F:\29312\Corres\101613 notice to Judge Brown that case settled.doc